Shawna L. Ballard (SBN 155188)
sballard@mckoolsmith.com
Stephanie M. Adams Ryan (SBN 289548)
sadamsryan@mckoolsmith.com
Kate Falkenstien (SBN 313753)
kfalkenstien@mckoolsmith.com
Vandya Swaminathan (SBN 287896)
vswaminathan@mckoolsmith.com
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:    (650) 394-1400
Facsimile:    (650) 394-1422

*Attorneys for Plaintiff, Jorge Rico*

XAVIER BECERRA
Attorney General of California
NEAH HUYNH
Acting Supervising Deputy Attorney General
HEEWON HEIDI SEO
Deputy Attorney General
State Bar No. 302021
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5337
Fax: (415) 703-5843
E-mail: Heidi.Seo@doj.ca.gov

*Attorneys for Defendants Beard, Ducart, Stainer, Parry, Marulli, Abernathy, and Cuske*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO<br><br>   Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>   Defendant. | Case No. 4:16-cv-04348-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT TO ADD DEFENDANTS KERNAN, HARRINGTON, ALLISON, AND SHAVER** |

This Stipulation is entered into by Plaintiff, Jorge Andrade Rico ("Plaintiff") and Defendants Jeffrey Beard, Michael Stainer, Clark Ducart, F.P. Marulli, D. Abernathy, J. Cuske, and C. Parry (collectively "Defendants") in the above-captioned proceedings.

WHEREAS, the Plaintiff filed his Corrected First Amended Complaint on April 17, 2017;

WHEREAS, the Plaintiff wishes to amend the Corrected First Amended Complaint to add Defendants Scott Kernan, Kelly Harrington, Kathleen Allison, and Shaver;

WHEREAS, Federal Rule of Civil Procedure 15(a) provides that a party may amend the party's pleading by written consent of the adverse party;

Case No. 4:16-cv-04348-KAW         **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT**

WHEREAS, Defendants consent to the filing of a Second Amended Complaint to add the aforementioned Defendants, but reserve the right to move to dismiss the Second Amended Complaint.

DATED: May 1, 2017               Respectfully submitted,

MCKOOL SMITH P.C.


By: /s/ *Stephanie Adams Ryan*

Shawna L. Ballard (SBN 155188)
sballard@mckoolsmith.com
Stephanie M. Adams Ryan
sadamsryan@mckoolsmith.com
Kate Falkenstien (SBN 313753)
kfalkenstien@mckoolsmith.com
Vandya Swaminathan (SBN 287896)
vswaminathan@mckoolsmith.com
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:  (650) 394-1400
Facsimile:   (650) 394-1422

*Attorneys for Plaintiff, Jorge Rico*


DATED: May 1, 2017               Respectfully submitted,

DEPUTY ATTORNEY GENERAL

By: */s/ Heewon Heidi Seo*

XAVIER BECERRA
Attorney General of California
NEAH HUYNH
Acting Supervising Deputy Attorney General
HEEWON HEIDI SEO
Deputy Attorney General
State Bar No. 302021
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5337
Fax: (415) 703-5843
E-mail: Heidi.Seo@doj.ca.gov

*Attorneys for Defendants Beard, Ducart, Stainer, Parry, Marulli, Abernathy, and Cuske*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/2/17

_____
UNITED STATES MAGISTRATE JUDGE
KANDIS WESTMORE

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Stephanie Adams Ryan, attest that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures. I declare under the laws of the United States of America that the foregoing is true and correct.

Dated: May 1, 2017 */s/ Stephanie Adams Ryan*
Stephanie Adams Ryan